## Case No. 12,187.

### RYAN v. RINGGOLD.

[3 Cranch, C. C. 5.] [1]

Circuit Court, District of Columbia. Dec. Term, 1826.

MILITIA — FINES — ARREST — WHEN LIST TO BE DELIVERED TO MARSHAL.

In order to justify the marshal for arresting a man for a militia fine, it is not necessary that the list of fines should have been delivered to him by the clerk of the court-martial within fifteen days after the session of the appellate court, as required by the fourth section of the militia act for the District of Columbia.

Trespass, assault and battery, and false imprisonment, for arresting the plaintiff for a militia fine.

Mr. Morfit, for plaintiff.
Mr. Lear, for defendant.

THE COURT (nem. con.) was of opinion that it was not necessary, to the justification of the marshal, that the clerk of the court-martial should have delivered to him the list of fines within fifteen days after the session of the appellate court, as required by the fourth section of the militia act for the District of Columbia.